UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SUMMIT VIEW, LLC,

      Debtor.

Case No.: 8:19-bk-10111-MGW
Chapter 11

_____/

JANET DENLINGER and
HARRY DENLINGER

      Plaintiffs,

v.

Adv. 8:19-ap-00610-MGW

SUMMIT VIEW, LLC, a Florida limited
Liability company, CITY OF DADE CITY,
a political subdivision of Florida,
MICHAEL SHERMAN as Dade City
Community Development Director,
KEENE SERVICES, INC., a Florida
corporation, SOUTHWEST FLORIDA
WATER MANAGEMENT DISTRICT, a
political subdivision of Florida, BRIAN
ARMSTRONG as
the Southwest Florida Water Management
District Executive Director,
and FLORIDA DESIGN CONSULTANTS,
INC., a Florida corporation,

      Defendants.

_____/

**NOTICE OF FILING STATE COURT PLEADINGS
FROM REMOVED STATE COURT ACTION**

Plaintiffs, Harry Denlinger and Janet Denlinger (collectively, "**Denlinger**" or

"**Plaintiffs**"), by and through their undersigned counsel, file the entire pleadings from underlying

state court action styled and numbered: Janet Denlinger and Harry Denlinger v. Summit View,

LLC, et al, Case No. 2018-CA-001241 (the "**State Court Action**"), Circuit Court, Pasco County Florida (the "**State Court**") as Exhibit A, attached hereto.  The State Court Action was removed to the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "**Bankruptcy Court**"), pursuant to the Notice of Removal, filed on December 19, 2019, in the Chapter 11 bankruptcy case of In re Summit View, LLC, Case No. 8:19-bk-10111-MGW (the "**Bankruptcy Case**").

Dated:  December 20, 2019

        */s/ John J. Lamoureux*
        John J. Lamoureux
        Florida Bar No. 835218
        Donald E. Hemke
        Florida Bar No. 305057
        Carlton Fields, P.A.
        P. O. Box 3239
        Tampa, FL 33601-3239
        Phone:  813-223-7000
        Fax:  813-229-4133
        Email:  jlamoureux@carltonfields.com
        delliottcarltonfields.com
        dhemke@carltonfields.com
        bwoolard@carltonfields.com

        and

        Joseph F. Southron
        Florida Bar No. 0122109
        Four Rivers Law PLLC
        400 N. Ashley Dr., Suite 1900
        Tampa, Florida 33602
        Telephone: 813-773-5105
        Fax: 813-773-5090
        Email:   joe@fourriverslaw.com
                      lindsey@fourriverslaw.com

        and

        J. Michael Shea
        Florida Bar No.:  120989
        6301 Bayshore Blvd.
        Tampa, Florida 33611

Telephone:  (813) 310-8057
Facsimile:  (813) 288-1927
Email: mike@jmichaelshea.com
jmarkette@smlctampa.org

Attorneys for Creditors
Harry Denlinger and Janet Denlinger

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, I electronically filed the foregoing Notice of Filing State Court Pleadings From Removed State Court Action by using the Court's CM/ECF System thereby serving all registered users in this case, and by U.S. Mail to all parties on the attached Local Rule 1007-2 matrix who do not have the + symbol next to the name.

*/s/ John J. Lamoureux*