Janet Denlinger and Harry Denlinger v. Summit View, LLC, et al.
Case No.: 2018-CA-001241

**EXHIBIT A**

| DOC # | ACTION DATE | DESCRIPTION | Pgs | LINK |
|---|---|---|---|---|
| 142 | 12/2/2019 | Notice of Cancellation of Hearing | 2 | Notice of Cancellation of Hearing |
| 141 | 11/14/2019 | Suggestion of Pending Bankruptcy Summit | 6 | Suggestion of Pending Bankruptcy Summit View, LLC |
| 140 | 10/24/2019 | Notice Designating Email Address DF | 4 | Notice Designating Email Address DF |
| 139 | 10/24/2019 | Notice of Hearing on 12/03/19 @10:45AM | 2 | Notice of Hearing on 12/03/19 @10:45AM |
| 138 | 10/16/2019 | Response to Motion Filed by PLTFS | 2 | Response to Motion Filed by PLTFS |
| 137 | 10/14/2019 | Motion Def City of Dade City's Motion for Case Mgmt. Conference Filed by Defendant | 8 | Motion Def City of Dade City's Motion for Case Mgmt. Conference Filed by Defendant |
| 136 | 10/2/2019 | Notice of Non Availability Filed by Counsel for | 2 | Notice of Non Availability Filed by Counsel for Def |
| 135 | 8/16/2019 | Order on Southwest Florida After Management District's Motion For Substitution Of Counsel | 1 | Order on Southwest Florida After Management District's Motion For Substitution Of Counsel |
| 134 | 8/16/2019 | Correspondence to JUDGE BARTHLE | 4 | Correspondence to JUDGE BARTHLE |
| 133 | 7/30/2019 | Motion for Substitution of Counsel | 4 | Motion for Substitution of Counsel |
| 132 | 7/29/2019 | Motion for Extension of Time Filed by PLTFS | 4 | Motion for Extension of Time Filed by PLTFS |
| 131 | 7/26/2019 | Notice of Appearance Filed By Donald E Hemke | 3 | Notice of Appearance Filed By Donald E Hemke OBO |
| 130 | 6/13/2019 | Notice of Non Availability Joseph Southron Esq | 3 | Notice of Non Availability Joseph Southron Esq |
| 129 | 6/6/2019 | Notice of Serving Answers To Interrogatories | 3 | Notice of Serving Answers To Interrogatories Filed by |
| 128 | 6/6/2019 | Response to Request Production and | 8 | Response to Request Production and Objections Filed |
| 127 | 5/31/2019 | Stipulation for Substitution of Counsel Thomas Thanas Esq City of Dade City | 2 | Stipulation for Substitution of Counsel Thomas Thanas Esq City of Dade City |
| 126 | 5/20/2019 | Notice of Hearing 06/14/19 @10AM | 3 | Notice of Hearing 06/14/19 @10AM |
| 125 | 5/3/2019 | Notice of Hearing 05/09/19 @10:15AM | 3 | Notice of Hearing 05/09/19 @10:15AM |
| 124 | 4/23/2019 | Exhibit A | 3 | Exhibit A |
| 123 | 4/23/2019 | Memorandum of Law FILED BY PLTFS | 8 | Memorandum of Law FILED BY PLTFS |
| 122 | 4/17/2019 | First Request for Production from Defendant | 3 | First Request for Production from Defendant |
| 121 | 4/17/2019 | Notice of Serving Interrogatories 1-5 from DF | 5 | Notice of Serving Interrogatories 1-5 from DF |
| 120 | 4/17/2019 | Notice of Serving Interrogatories from DF | 5 | Notice of Serving Interrogatories from DF |
| 119 | 4/15/2019 | Order Granting Deft Keene Services to Appear Telephonically | 4 | Order Granting Deft Keene Services to Appear Telephonically |
| 118 | 4/15/2019 | Attorney Cover Letter w/o Attchments | 2 | Attorney Cover Letter w/o Attchments |
| 117 | 4/16/2019 | Notice of Non Availability PL | 2 | Notice of Non Availability PL |
| 116 | 4/12/2019 | Notice of Non Availability Filed by DEFS | 2 | Notice of Non Availability Filed by DEFS |
| 115 | 4/10/2019 | Motion to Appear Telephonically Deft Keene Services | 2 | Motion to Appear Telephonically Deft Keene Services |
| 114 | 3/26/2019 | Response to Request Production Filed by PLTFS | 29 | Response to Request Production Filed by PLTFS |
| 113 | 3/25/2019 | Answer Filed by PLTF to City and Sherman as to Claim for Writ of Mandamus | 4 | Answer Filed by PLTF to City and Sherman as to Claim for Writ of Mandamus |
| 112 | 3/25/2019 | Answer Filed by PLTF as to Plaintiffs Claim for Negligence | 4 | Answer Filed by PLTF as to Plaintiffs Claim for Negligence |
| 111 | 3/25/2015 | Answer Filed by PLTF as to Amended Motion for Sanctions as to PLTFS Claim for Inverse Condemnation | 4 | Answer Filed by PLTF as to Amended Motion for Sanctions as to PLTFS Claim for Inverse Condemnation |
| 110 | 3/25/2019 | Answer Filed by PLTF as to Plaintiffs Claims for Attorney Fees | 4 | Answer Filed by PLTF as to Plaintiffs Claims for Attorney Fees |
| 109 | 3/14/2019 | Memorandum of Opposition DF | 7 | Memorandum of Opposition DF |
| 108 | 3/12/2019 | Notice of Hearing 05/09/19 @10:15AM | 2 | Notice of Hearing 05/09/19 @10:15AM |
| 107 | 3/11/2019 | Response to Motion and Objection to PLTF Amended Complaint | 12 | Response to Motion and Objection to PLTF Amended Complaint |
| 106 | 3/11/2019 | Response and Objection to Pltfs Motion for Leave to File 3rd Amended Complaint Filed by Defs | 8 | Response and Objection to Pltfs Motion for Leave to File 3rd Amended Complaint Filed by Defs |
| 105 | 3/7/2019 | Notice of Non Availability Micheal Shae Esq. | 3 | Notice of Non Availability Micheal Shae Esq. |
| 104 | 3/7/2019 | Notice of Filing PL as to Verified Return of Service | 7 | Notice of Filing PL as to Verified Return of Service |

Janet Denlinger and Harry Denlinger v. Summit View, LLC, et al.
Case No.: 2018-CA-001241

**EXHIBIT A**

| DOC # | ACTION DATE | DESCRIPTION | Pgs | LINK |
|---|---|---|---|---|
| 103 | 3/7/2019 | Correspondence Re: Letter to Judge from DF Southwest FL. Water Management's Counsel | 1 | Correspondence Re: Letter to Judge from DF Southwest FL. Water Management's Counsel |
| 102 | 3/5/2019 | Motion for Sanctions (AMENDED) FILED by DEFS Dade City and Sherman as to PLTF Claim for Negligence | 20 | Motion for Sanctions (AMENDED) FILED by DEFS Dade City and Sherman as to PLTF Claim for Negligence |
| 101 | 3/5/2019 | Motion for Sanctions (AMENDED) FILED by DEFS Dade City and Sherman as to PLTFS Claim for Writ of Mandamus | 20 | Motion for Sanctions (AMENDED) FILED by DEFS Dade City and Sherman as to PLTFS Claim for Writ of Mandamus |
| 100 | 3/5/2019 | Motion for Sanctions (AMENDED) FILED by DEFS Dade City and Sherman's as to PLTFS Claim for Attorney Fees | 16 | Motion for Sanctions (AMENDED) FILED by DEFS Dade City and Sherman's as to PLTFS Claim for Attorney Fees |
| 99 | 3/5/2019 | Motion for Sanctions (AMENDED) FILED by DEFS as to PLTFS Claim for Inverse Condemnation | 16 | Motion for Sanctions (AMENDED) FILED by DEFS as to PLTFS Claim for Inverse Condemnation |
| 98 | 3/5/2019 | Notice of Filing Attached Notice of Intent to File an Action Pursuant to FL. Stat. 768.28(6)(A) Filed by Plaintiffs (Ammended Exhibit G) | 5 | Notice of Filing Attached Notice of Intent to File an Action Re (Ammended Exhibit G) |
| 97 | 3/5/2019 | Notice of Filing Attached Notice of Intent to File an Action Pursuant to FL. Stat. 768.28(6)(A) Filed by Plaintiffs | 5 | Notice of Filing Attached Notice of Intent to File an Action Pursuant to FL. Stat. 768.28(6)(A) Filed by Plaintiffs |
| 96 | 3/1/2019 | Motion to Withdraw Attorney of Record John Hightoweer Esq. | 3 | Motion to Withdraw Attorney of Record John Hightoweer Esq. |
| 95 | 3/1/2019 | Motion to Withdraw Attorney of Record Dustin Deese Esq. | 2 | Motion to Withdraw Attorney of Record Dustin Deese Esq. |
| 94 | 3/1/2019 | Motion for Leave to Amend Complaint | 86 | Motion for Leave to Amend Complaint |
| 93 | 2/28/2019 | Motion for Order of Referral to Mediation Filed by PLTFS | 4 | Motion for Order of Referral to Mediation Filed by PLTFS |
| 92 | 2/28/2019 | Amended Notice of Hearing on 06/14/19 @10 AM | 3 | Amended Notice of Hearing on 06/14/19 @10 AM |
| 91 | 2/19/2019 | Request for Production FILED by PLTF | 6 | Request for Production FILED by PLTF |
| 90 | 2/19/2019 | Answer and Affirmative Defense Filed by Florida Design Consultants Inc | 8 | Answer and Affirmative Defense Filed by Florida Design Consultants Inc |
| 89 | 2/18/2019 | Response to Motion PL Re Sanctions Against PLTFS | 4 | Response to Motion PL Re Sanctions Against PLTFS |
| 88 | 2/18/2019 | Response to Motion to Dismiss Filed by PLTFS | 9 | Response to Motion to Dismiss Filed by PLTFS |
| 87 | 2/13/2019 | Return of Service on Summons Served on Florida Design Consultants Inc. 013019 | 4 | Return of Service on Summons Served on Florida Design Consultants Inc. 013019 |
| 86 | 2/13/2019 | Notice of Hearing on 06/14/19 @10 AM | 3 | Notice of Hearing on 06/14/19 @10 AM |
| 85 | 2/7/2019 | Motion for Sanctions Filed by DEFS | 16 | Motion for Sanctions Filed by DEFS |
| 84 | 2/7/2019 | Motion to Dismiss 2nd Amended Complaint Filed by Summit View LLC. | 14 | Motion to Dismiss 2nd Amended Complaint Filed by Summit View LLC. |
| 83 | 1/25/2019 | Summons Issued And Returned to Attorney | 3 | Summons Issued And Returned to Attorney |
| 82 | 1/22/2019 | Motion to Dismiss (Amended) and Motion to Strike Filed by City of Dade City and Michael Sehrman. | 12 | Motion to Dismiss (Amended) and Motion to Strike Filed by City of Dade City and Michael Sehrman. |
| 81 | 01/72/2019 | Response to Motion Filed By Janet Denlinger and Harry Denlinger | 8 | Response to Motion Filed By Janet Denlinger and Harry Denlinger |
| 80 | 1/16/2019 | Response in Opposition; PLTF | 13 | Response in Opposition; PLTF |
| 79 | 01/16!2019 | Response to Motion Filed by PLTFS | 10 | Response to Motion Filed by PLTFS |
| 78 | 1/14/2019 | Motion for Extension of Time Filed by PLTFS | 5 | Motion for Extension of Time Filed by PLTFS |
| 77 | 1/8/2019 | Copy of Unissued Summons | 3 | Copy of Unissued Summons |
| 76 | 1/8/2019 | Motion to Strike DF | 2 | Motion to Strike DF |
| 75 | 1/8/2019 | Motion to Dismiss DF | 5 | Motion to Dismiss DF |
| 74 | 1/7/2019 | Motion to Dismiss Complaint | 11 | Motion to Dismiss Complaint |

Case 8:19-ap-00610-MGW   Doc 2-1   Filed 12/20/19   Page 3 of 5

Janet Denlinger and Harry Denlinger v. Summit View, LLC, et al.
Case No.: 2018-CA-001241

**EXHIBIT A**

| DOC # | ACTION DATE | DESCRIPTION | Pgs | LINK |
|---|---|---|---|---|
| 73 | 1/4/2019 | Notice of Appearance J SOUTHRON ROBERTO VALDEZ | 2 | Notice of Appearance J SOUTHRON ROBERTO VALDEZ |
| 72 | 1/4/2019 | Notice of Appearance JOSEPH SOUTHRON ESQ DEFTS DENLINGER | 2 | Notice of Appearance JOSEPH SOUTHRON ESQ DEFTS DENLINGER |
| 71 | 1/4/2019 | Motion to Dismiss DF | 86 | Motion to Dismiss DF |
| 70 | 12/18/2018 | Notice of Filing Attached Exhibits to Second Amended Complaint; Filed by PLTF | 11 | Notice of Filing Attached Exhibits to Second Amended Complaint; Filed by PLTF |
| 69 | 12/17/2018 | Second Amended Complaint | 34 | Second Amended Complaint |
| 68 | 1/26/2018 | Order Granting Defendants Motions to Dismiss Plaintiffs Amended Complaint | 2 | Order Granting Defendants Motions to Dismiss Plaintiffs Amended Complaint |
| 67 | 11/26/2018 | Order on Motion for Leave to Withdraw as Counsel | 3 | Order on Motion for Leave to Withdraw as Counsel |
| 66 | 11/16/2018 | Copy of Proposed Oder to Dismiss PLTFS Amended Complaint | 2 | Copy of Proposed Oder |
| 65 | 11/14/2018 | Joint Stipulation on Motion for Leave to Withdraw as Counsel | 3 | Joint Stipulation on Motion for Leave to Withdraw as Counsel |
| 64 | 11/74/208 | Motion for Leave to Withdraw PL | 4 | Motion for Leave to Withdraw PL |
| 63 | 11/6/2018 | Notice of Dropping Party or Parties JES PROPERTIES | 2 | Notice of Dropping Party or Parties JES PROPERTIES |
| 62 | 11/6/2018 | JES PROPERTIES Inc. Dismissed 11/6/2018 | N/A | NO DOCUMENT ON FILE |
| 61 | 11/6/2018 | Notice of Dropping Party or Parties DOUGLAS WEILAND | 2 | Notice of Dropping Party or Parties DOUGLAS WEILAND |
| 60 | 11/6/2018 | Notice of Dropping Party or Parties CWES III LLC | 2 | Notice of Dropping Party or Parties CWES III LLC |
| 59 | 11/6/2018 | Notice of Dropping Party or Parties ELIZABETH SIRNA | 2 | Notice of Dropping Party or Parties ELIZABETH SIRNA |
| 58 | 10/25/2018 | Notice of Filing DF- Motion for Definite Statement | 5 | Notice of Filing DF- Motion for Definite Statement |
| 57 | 10/15/2018 | Notice of Appearance and Designation of Email Address: OBO Southwest Florida Water Management District and Brian Armstrong | 3 | Notice of Appearance and Designation of Email Address |
| 56 | 9/15/2018 | Notice of Appearance OBO PLTFS - Counsel Hightower | 2 | Notice of Appearance OBO PLTFS - Counsel Hightower |
| 55 | 9/15/2018 | Notice of Appearance OBO PLTFS - Counsel Deese | 2 | Notice of Appearance OBO PLTFS - Counsel Deese |
| 54 | 9/13/2018 | Motion for Sanctions Filed by City of Dade City and MICHAEL SHERMAN Re Claim for Writ of Mandamus | 9 | Motion for Sanctions Filed by City of Dade City and MICHAEL SHERMAN Re Claim for Writ of Mandamus |
| 53 | 9/13/2018 | Motion for Sanctions Filed by City of Dade City and MICHAEL SHERMAN Re PLTFS Claim for Negligence | 9 | Motion for Sanctions Filed by City of Dade City and MICHAEL SHERMAN Re PLTFS Claim for Negligence |
| 52 | 9/13/2018 | Motion for Sanctions Filed by City of Dade City and MICHAEL SHERMAN Re Inverse Condemnation | 7 | Motion for Sanctions Filed by City of Dade City and MICHAEL SHERMAN Re Inverse Condemnation |
| 51 | 9/13/2018 | Motion for Sanctions Filed by City of Dade City and MICHAEL SHERMAN Re Clamim for Attny Fees | 7 | Motion for Sanctions Filed by City of Dade City and MICHAEL SHERMAN Re Clam for Attny Fees |
| 50 | 9/10/2018 | Amended Notice Of Hearing 11/06/18 @ 1 PM | 2 | Amended Notice Of Hearing 11/06/18 @ 1 PM |
| 49 | 9/10/2018 | Motion to Dismiss Count VII Filed by Def The City Of Dade City | 5 | Motion to Dismiss Count VII Filed by Def The City Of Dade City |
| 48 | 8/30/2018 | Notice of Hearing 11/06/18 @ 1 PM | 3 | Notice of Hearing 11/06/18 @ 1 PM |
| 47 | 8/27/2018 | Notice of Non-Availability Filed by Counsel For PLTF | 3 | Notice of Non-Availability Filed by Counsel For PLTF |
| 46 | 8/24/2018 | Motion for Default on (Court) Against City of Dade City | 2 | Motion for Default on (Court) Against City of Dade City |
| 45 | 8/9/2018 | Notice of Filing PLTF | 5 | Notice of Filing PLTF |

Janet Denlinger and Harry Denlinger v. Summit View, LLC, et al.
Case No.: 2018-CA-001241

**EXHIBIT A**

| DOC # | ACTION DATE | DESCRIPTION | Pgs | LINK |
|---|---|---|---|---|
| 44 | 7/13/2018 | Motion to Dismiss Amenbded Compliant Filed by DEFT KEENS SERVICES | 5 | Motion to Dismiss Amenbded Compliant Filed by DEFT KEENS SERVICES |
| 43 | 7/13/2018 | Motion to Strike Claim for Attorney Fees Filed by Keens Services | 2 | Motion to Strike Claim for Attorney Fees Filed by Keens Services |
| 42 | 7/12/2018 | Notice of Cancellation of Hearing 07/17/18 @1 PM | 3 | Notice of Cancellation of Hearing 07/17/18 @1 PM |
| 41 | 7/12/2018 | Notice of Filing Attached Abatement Agreement | 8 | Notice of Filing Attached Abatement Agreement |
| 40 | 7/11/2018 | Summons Issued and Returned to Attorney, ELIZABETH C SIRNA | 2 | Summons Issued and Returned to Attorney, ELIZABETH C SIRNA |
| 39 | 7/9/2018 | Notice of Hearing 07/17/18@1 PM | 3 | Notice of Hearing 07/17/18@1 PM |
| 38 | 6/29/2018 | Order Granting Def's Motion to Reschedule July 9, 2018 Hearing | 2 | Order Granting Def's Motion to Reschedule July 9, 2018 Hearing |
| 37 | 6/29/2018 | Notice of Non Availability SCARRITT LAW GROUP PA | 2 | Notice of Non Availability SCARRITT LAW GROUP PA |
| 36 | 6/28/2018 | Notice of Hearing 06/29/18 @11AM | 3 | Notice of Hearing 06/29/18 @11AM |
| 35 | 6/20/2018 | Memorandum of Opposition to PLTFS Emergency Motion for Temporary Injunction; Filed by Summit View LLC, Douglas J Weiland, Jes Properties Inc. and CWES III LLC. | 17 | Memorandum of Opposition to PLTFS Emergency Motion for Temporary Injunction; Filed by Summit View LLC |
| 34 | 6/14/2018 | Response Filed by Southwest Water Management | 6 | Response Filed by Southwest Water Management |
| 33 | 6/8/2018 | Motion to Dismiss Filed by City of Dade City and Michael Shermans Motion to Dismiss Amended | 9 | Motion to Dismiss Filed by City of Dade City and Michael Shermans Motion to Dismiss Amended |
| 32 | 6/7/2018 | Summons Issued and Returned to Attorney, KEENS SERVICES INC | 2 | Summons Issued and Returned to Attorney, KEENS SERVICES INC |
| 31 | 6/7/2018 | Motion to Dismiss Plaintiffs Amended Complaint or in the Alternative Motion for More Definite Statement Filed by Defs Southwest Florida Water Management Districts And Brian Armstrong | 80 | Motion to Dismiss Plaintiffs Amended Complaint or in the Alternative Motion for More Definite Statement Filed by Defs Southwest |
| 30 | 6/6/2018 | Motion to Reschedule July 9, 2018 Hearing Filed By Def Summit View LLC, Douglas J Weiland and Jes Properties Inc. and CWES III LLC. | 4 | Motion to Reschedule July 9, 2018 Hearing Filed By Def Summit View LLC, Douglas J Weiland and Jes Properties Inc. and CWES III LLC. |
| 29 | 6/6/2018 | Memorandum of Opposition to Valdez Amended Motion to Intervene and Consolidate Filed by Def Summit View LLC Douglas J Weiland Jes Properties Inc. And CWES III Inc. | 5 | Memorandum of Opposition to Valdez Amended Motion to Intervene and Consolidate Filed by Def Summit View |
| 28 | 6/6/2018 | Motion to Dismiss Amended Complaint, Filed by Defs | 12 | Motion to Dismiss Amended Complaint, Filed by Defs |
| 27 | 6/5/2018 | Notice of Hearing 07/09/18 @1 PM | 3 | Notice of Hearing 07/09/18 @1 PM |
| 26 | 6/5/2018 | Emergency Motion for Temporary Injunction - Set for Hearing 07/09/18 at 1:00 PM – Attorney to Do NTC of HRG-Babb | 1 | Emergency Motion for Temporary Injunction -Set for Hearing 07/09/18 at 1:00 PM |
| 25 | 6/5/2018 | Emergency Motion for Temporary Injunction; Janet Denlinger and Harry Denlinger | 213 | Emergency Motion for Temporary Injunction; Janet Denlinger and Harry Denlinger |
| 24 | 6/1/2018 | Affidavit of Service Served MICHAEL ZIMMERMAN 05/22/18 –Sub- Wade Vose Esq. | 3 | Affidavit of Service Served MICHAEL ZIMMERMAN 05/22/18 –Sub- Wade Vose Esq. |
| 23 | 6/1/2018 | Waiver and Acceptance of Service Southwest FL Management | 3 | Waiver and Acceptance of Service Southwest FL Management |
| 22 | 6/1/2018 | Waiver and Acceptance of Service BRIAN ARMSTRONG | 3 | Waiver and Acceptance of Service BRIAN ARMSTRONG |

Case 8:19-ap-00610-MGW   Doc 2-1   Filed 12/20/19   Page 5 of 5

Janet Denlinger and Harry Denlinger v. Summit View, LLC, et al.
Case No.: 2018-CA-001241

**EXHIBIT A**

| DOC # | ACTION DATE | DESCRIPTION | Pgs | LINK |
|---|---|---|---|---|
| 21 | 6/1/2018 | Waiver And Acceptance of Service Filed by Douglas J Weiland, Summit View, Jes Properties Inc, CWES III, LLC. | 4 | Waiver And Acceptance of Service Filed by Douglas J Weiland, Summit View, Jes Properties Inc, CWES III, LLC. |
| 20 | 5/30/2018 | Motion to Intervene (AMENDED) Filed by ROBERTO VALDEZ | 34 | Motion to Intervene (AMENDED) Filed by ROBERTO VALDEZ |
| 19 | 5/30/2018 | Notice of Appearance NANCY STUPARICH Esq. OBO City of Dade City | 3 | Notice of Appearance NANCY STUPARICH Esq. OBO City of Dade City |
| 18 | 5/30/2018 | Other Mediators Report- No Agreement | 3 | Other Mediators Report- No Agreement |
| 17 | 5/29/2018 | Amended Complaint PLTF | 24 | Amended Complaint PLTF |
| 16 | 5/29/2018 | Motion to Intervene and Consolidate as Additional Plaintiff; Roberto Valdez | 30 | Motion to Intervene and Consolidate as Additional Plaintiff; Roberto Valdez |
| 15 | 5/25/2018 | Notice of Appearance OBO DEFT Southwest Florida | 3 | Notice of Appearance OBO DEFT Southwest Florida |
| 14 | 5/24/2018 | Notice of Appearance Obo Summit View LLC. Douglas J Weiland, Jes Properties Inc. and CWES III LLC. | 2 | Notice of Appearance Obo Summit View LLC. Douglas J Weiland, Jes Properties Inc. and CWES III LLC. |
| 13 | 5/23/2018 | Notice of Objection to Mediation: Filed by DEFS City of Dade City and Michael Sherman | 2 | Notice of Objection to Mediation: Filed by DEFS City of Dade City and Michael Sherman |
| 12 | 5/23/2018 | Notice of Appearance and Designation of Email Filed by Thomas P Scarritt Jr Esq. OBO City of Dade City and Michael Sherman | 2 | Notice of Appearance and Designation of Email Filed by Thomas P Scarritt Jr Esq |
| 11 | 5/16/2018 | Summons Issued And Returned to Attorney, BRIAN ARMSTRONG | 2 | Summons Issued And Returned to Attorney, BRIAN ARMSTRONG |
| 10 | 5/16/2018 | Summons Issued And Returned to Attorney:. Southwest Water Management District | 2 | Summons Issued And Returned to Attorney:. Southwest Water Management District |
| 9 | 5/16/2018 | Suininens Issued And Returned to Attorney; MICHAEL SHERMAN | 2 | Suininens Issued And Returned to Attorney; MICHAEL SHERMAN |
| 8 | 5/16/2018 | Summons Issued And Returned to Attorney; City of Dade City | 2 | Summons Issued And Returned to Attorney; City of Dade City |
| 7 | 5/17/2018 | Notice of Mediation Conference 05/24/18 @10AM | 2 | Notice of Mediation Conference 05/24/18 @10AM |
| 6 | 5/15/2018 | Notice of Voluntary Dismissal of DEFT Pasco County Filed by PLTFS | 1 | Notice of Voluntary Dismissal of DEFT Pasco County Filed by PLTFS |
| 5 | 5/15/2018 | County of Pasco The Dismissed 5/15/2018 | N/A | NO DOCUMENT ON FILE PER PASCO COUNTY CLERK |
| 4 | 4/27/2018 | Complaint | 26 | Complaint |
| 3 | 4/27/2018 | Civil Cover Sheet | 32 | Civil Cover Sheet |
| 2 | 4/27/2018 | Civil Cover Sheet | 2 | Civil Cover Sheet |
| 1 | 4/27/2018 | Case 512018CA001241CAAXES Filed with Clerk on 4/27/2018 | N/A | NO DOCUMENT ON FILE PER PASCO COUNTY CLERK |