| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:19-bk-10111-MGW<br>Middle District of Florida<br>Tampa<br>Thu Dec 19 15:55:16 EST 2019 | Harry R Denlinger<br>c/o Four Rivers Law Firm<br>400 N. Ashley Drive<br>Suite 1900<br>Tampa, FL 33602-4311 | Janet L Denlinger<br>c/o Four Rivers Law Firm<br>400 N. Ashley Drive<br>Suite 1900<br>Tampa, FL 33602-4311 |
| Bruce Erhardt<br>Cushman & Wakefield of Florida, LLC<br>201 North Franklin Street<br>Suite 3300<br>Tampa, FL 33602-5818 | Keene Services, LLC<br>c/o Kelley Kronenberg  Attorneys at Law<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 | Standard Pacific of Florida<br>c/o Foley & Lardner LLP<br>100 North Tampa St #2700<br>Tampa, FL 33602-5810 |
| Summit View, LLC<br>334 E Lake Road #172<br>Palm Harbor, FL 34685-2427 | Roberto Valdez<br>c/o Joseph F. Southron, Esq.<br>Four Rivers Law Firm<br>400 N. Ashley Drive<br>Suite 1900<br>Tampa, FL 33602-4311 | Weaver Aggregate Transport, Inc.<br>c/o Mark F. Robens, Esquire<br>STICHTER, RIEDEL, BLAIN & POSTLER, P.A.<br>110 East Madison Street<br>Suite 200<br>Tampa, FL 33602-4718 |
| Biddy Management LLC<br>9626 Troncais Circle<br>Thonotosassa, FL 33592-3412 | CWES II, LLC<br>c/o Bruce Weiland<br>151 Finch Place SW, Ste. A<br>Bainbridge Island, WA 98110-2588 | CWES III, LLC<br>334 E Lake Road #172<br>Palm Harbor, FL 34685-2427 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Douglas J. Weiland<br>3273 Landmark Dr<br>Clearwater, FL 33761-1909 | FL Dept of Revenue<br>Mail Stop 3-2000<br>5050 W Tennessee St.<br>Tallahassee, FL 32399-6586 |
| Federal Express<br>PO Box 660481<br>Dallas, TX 75266-0481 | Florida Design Consultants<br>3030 Starkey Blvd<br>New Port Richey, FL 34655-2175 | GHD Services, Inc.<br>Department 406<br>PO Box 8000<br>Buffalo, NY 14267-0002 |
| Greenberg Traurig Law<br>Attn: Laurie Gildan<br>777 S Flagler Dr #300<br>West Palm Beach, FL 33401-6167 | Harry Denlinger<br>c/o Dustin D. Deese<br>PO Box 1720<br>Dade City, FL 33526-1720 | Harry Denlinger<br>c/o J. Michael Shea, Esquire<br>6301 Bayshore Blvd.<br>Tampa, FL 33611-5309 |
| Harry R. Denlinger<br>c/o Joseph F. Southron, Esq.<br>Four Rivers Law Firm<br>400 N. Ashley Drive, Suite 1900<br>Tampa, FL 33602-4311 | Harry and Janet Denlinger<br>c/o Carlton Fieds, P.A.<br>4221 West Boy Schout Blvd, Suite 1000<br>Tampa, FL 33607-5780 | Harry and Janet Denlinger<br>c/o J. Michael Shea, Esquire<br>6301 Bayshore Blvd.<br>Tampa, FL 33611-5309 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JES Propeties, Inc.<br>334 E Lake Road #172<br>Palm Harbor, FL 34685-2427 | Janet Denlinger<br>c/o J. Michael Shea<br>6301 Bayshore Blvd<br>Tampa, FL 33611-5309 |
| Janet Denlinger<br>c/o J. Michael Shea, Esquire<br>6301 Bayshore Blvd.<br>Tampa, FL 33611-5309 | Janet L. Denlinger<br>c/o Joseph F. Southron, Esq.<br>Four Rivers Law Firm<br>400 N. Ashley Drive, Suite 1900<br>Tampa, FL 33602-4311 | Keene Services, Inc.<br>4002 Broad Street<br>Brooksville, FL 34604-7508 |

| | | |
|---|---|---|
| New Providence Capital Lending, LLC -<br>4809 Cole Ave, Ste. 335<br>Dallas, TX 75205-7320 | NueLeaf CPA, Inc<br>8409 Laurel Fair Circle #101<br>Tampa, FL 33610-7396 | (p)PASCO COUNTY TAX COLLECTOR<br>PO BOX 276<br>DADE CITY FL 33526-0276 |
| Point to Point Printing<br>23110 State Rd 54 #321<br>Lutz, FL 33549-6933 | Roberto Valdez<br>c/o Joseph F. Southron, Esq.<br>Four Rivers Law Firm<br>400 N Ashley Dr #1900<br>Tampa, FL 33602-4311 | Saunders Law<br>Attn: KC Bouchillon<br>480 S Broadway Ave<br>Bartow, FL 33830-4608 |
| Scruggs & Carmichael, PA -<br>One Southeast First Ave<br>Gainesville, FL 32601-1205 | Standard Pacific of Florida<br>c/o Lennar Homes, LLC<br>4600 W Cypress St #200<br>Tampa, FL 33607-4099 | Standard Pacific of Florida<br>c/o Mark J. Wolfson, Esq.<br>Foley & Lardner LLP<br>100 North Tampa St., Suite #2700<br>Tampa, FL 33602-5810 |
| Stearns Weaver Miller -<br>401 E Jackson Street #200<br>Tampa, FL 33602-5803 | Weaver Aggregate Transport<br>PO Box 39<br>2020 EC Hwy 470<br>Sumterville, FL 33585-0039 | Weaver Aggregate Transport, Inc.<br>Mark Robens, Esquire<br>110 East Madison Street - Suite 200<br>Tampa, Florida 33602-4718 |
| Weaver Aggregate Transport, Inc.<br>c/o Mark F. Robens, Esquire<br>STICHTER, RIEDEL, BLAIN & POSTLER, P.A.<br>110 East Madison Street - Suite 200<br>Tampa, Florida 33602-4718 | David E Hicks +<br>Kelley Kronenberg, Attorneys at Law<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 | Alberto F Gomez Jr. +<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>401 East Jackson Street, Suite 3100<br>Tampa, FL 33602-5228 |
| John J Lamoureux +<br>Carlton Fields Jorden Burt, P.A.<br>Post Office Box 3239<br>Tampa, FL 33601-3239 | J Michael Shea +<br>St. Michael's Legal Center<br>9445 Camden Field Parkway<br>Riverview, FL 33578-0507 | Mark J. Wolfson +<br>Foley & Lardner<br>100 North Tampa Street, Suite 2700<br>PO Box 3391<br>Tampa, FL 33601-3391 |
| United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Denise E Barnett +<br>United States Trustee<br>501 East Polk Street<br>Suite 1200<br>Tampa, FL 33602-3945 | Kristopher E. Pearson +<br>Stearns Weaver Miller<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 |
| Mark F Robens +<br>Stichter, Riedel, Blain & Postler, PA<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Brett T Williams +<br>Wright Fulford Moorhead & Brown<br>505 Maitland Ave<br>Altamonte Springs, FL 32701-6306 | Joseph F Southron +<br>Four Rivers Law Firm<br>400 North Ashley Drive, Suite 2600<br>Tampa, FL 33602-4310 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Pasco County Tax Collector
P.O. Box 276
Dade City, FL 33526

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Michael G. Williamson<br>Tampa | (d)Biddy Management LLC<br>9626 Troncais Circle<br>Thonotosassa, FL 33592-3412 | (d)Roberto Valdez<br>c/o Joseph F. Southron, Esq.<br>Four Rivers Law Firm<br>400 N. Ashley Drive, Suite 1900<br>Tampa, FL 33602-4311 |

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
-------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    53
Bypassed recipients     4
Total                  57