**[8NPTRML]** [NOTICE OF PRETRIAL CONFERENCE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:19−bk−10111−MGW
Chapter 11

Summit View, LLC

      Debtor*      /

Janet L Denlinger

Harry R Denlinger

      Plaintiff(s)

vs.  Adv. Pro. No. 8:19−ap−00610−MGW

Summit View, LLC

City of Dade City
Michael Sherman
Keene Services, LLC
Southwest Florida Water Management District
Brian Armstrong
Florida Design Consultants, Inc., a Florida
corporation

      Defendant(s)      /

## NOTICE OF PRETRIAL CONFERENCE

Notice is hereby given that a Notice of Removal of a civil action has been filed by Harry Denlinger and Janet Denlinger , removing a case pending in the Pasco County Florida, Circuit Court styled Janet Denlinger and Harry Denlinger , Plaintiff(s) vs. Summit View, LLC, et al. , Defendant(s), Case No 2018−CA−001241 .

Notice is further given that the moving party, if it has not done so, shall file copies of the entire record of the removed case and if required, remit the $350.00 filing fee within fourteen (14) days from the entry of this notice.

Notice is further given that a pre−trial conference shall be held in Tampa, FL − Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue , on February 3, 2020 at 9:30 AM .

At the pretrial conference, the Court will schedule for hearing any pending motions, establish pretrial procedures pursuant to Fed. R. Bankr. P. 7016, and schedule this proceeding for trial, if appropriate.

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED on January 21, 2020 .

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.