

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/03/2020 09:30 AM

COURTROOM 8A

**HONORABLE MICHAEL WILLIAMSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:19-bk-10111-MGW** | **Chapter 11** | **12/19/2019** |
| **ADVERSARY:** 8:19-ap-00610-MGW | | **Pltf Atty:** John J Lamoureux |
| | | **Dft Atty:** |
| **DEBTOR:** Summit View, LLC | | |

**HEARING:**

Denlinger et al v. Summit View, LLC et al

Pretrial Conference on Notice of Removal by Plaintiffs, Harry Denlinger and Janet Denlinger. (Fee Paid.) Nature of Suit: [72 (Injunctive relief - other)]. (Attachments: # [1] Mailing Matrix # [2] Exhibit A) (Lamoureux, John) Doc #1

**APPEARANCES:**:
John Lamoureux, Michael Shea & Joseph Southron: Pltf Attys, Al Gomez, Darrin Quam, Jacob Cremer: Dbtr/Def., Scott Stichter: City of Dade City Def, James Fussell: SWFWMD Def.

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Pretrial Conference on Notice of Removal by Plaintiffs, Harry Denlinger and Janet Denlinger. (Fee Paid.) Nature of Suit: [72 (Injunctive relief - other)]. (Attachments: # [1] Mailing Matrix # [2] Exhibit A) (Lamoureux, John) Doc #1 -   Parties to work out P/T Order & if it can't be agreed upon to send to Law Clerk, Status Conf. set for 4/1 @ 10:30 a.m.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.