ORDERED.

Dated: March 13, 2020

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:19-bk-10111-MGW |
| | Chapter 11 |
| Summit View, LLC, | |
|     Debtor. | |
| _____/ | |
| Janet Denlinger, *et al.*, | Adv. No. 8:19-bk-00610-MGW |
|     Plaintiffs, | |
| v. | |
| Summit View, LLC, *et al.*, | |
|     Defendants. | |
| _____/ | |

**PRETRIAL ORDER AND CASE MANAGEMENT REPORT**

THIS PROCEEDING came on for a pre-trial conference on February 3, 2020, at 9:30 a.m. to consider various pre-trial deadlines and date for the trial in this proceeding. The parties have agreed to the pre-trial deadlines, as well as for the trial to be held in October 2020. Accordingly, it is:

**ORDERED**:

1.The following deadlines shall govern this proceeding:

| Deadline or Event | Agreed Date |
|---|---|
| File Third Amended Complaint | March 16, 2020 |
| Answer/Response to Third Amended Complaint | March 30, 2020 |
| Initial Disclosures | April 6, 2020 |
| Preliminary Witness Lists and Exhibit Lists | April 15, 2020 |
| Continued Pretrial/Status Conference | Week of April 20, 2020[1] |
| Disclosure of Expert Reports | May 30, 2020 |
| Discovery Cutoff | July 15, 2020 |
| Dispositive Motions | August 15, 2019 |
| Meeting *In Person* to Prepare Joint Final Pretrial Statement | August 31, 2020 |
| All Other Motions including Motions in Limine, *Daubert* Motions and Trial Briefs | September 14, 2020 |
| Joint Pretrial Conference Statement | September 14, 2020 |
| Final Pretrial Conference | September 24, 2020 |
| Trial Term Begins | Week of October 19 – 22, 2020 |
| Estimated Length of Trial [trial days] | 4-5 days |
| Jury/Non-Jury | The parties have not agreed on whether the trial would be a jury trial or a non-jury trial. This issue would need to be decided by the Court if the Parties are unable to agree. |

---

[1] The parties will seek to continue the pretrial conference scheduled for April 1, 2020 at 10:30 a.m.

2. To the extent this Order conflicts with any previously entered orders in this proceeding, this Order shall govern.

3. This Court will grant relief from the requirements in this Order only upon motion and good cause shown.

> Attorney Alberto F. Gomez, Jr., Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.