**[Docdstka]** [ORDER CONDITIONALLY STRIKING]

ORDERED.

**Dated: March 18, 2020**

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:19−bk−10111−MGW |
| Summit View, LLC | Chapter 11 |
| _____Debtor*_____/ | |
| Janet L Denlinger | |
| Harry R Denlinger | |
| Plaintiff* | |
| | Adv. Pro. No. 8:19−ap−00610−MGW |
| vs. | |
| Summit View, LLC | |
| et al | |
| _____Defendant*_____/ | |

### ORDER CONDITIONALLY STRIKING

   THIS PROCEEDING came on for consideration, without hearing, of the Amended Complaint filed by Plaintiffs, Janet L. Denlinger and Harry Ryder Denlinger on March 17, 2020 . The document is deficient in that it does not contain an original or electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 1001−2. Accordingly, it is

   **ORDERED:**

   Plaintiffs, Janet L. Denlinger and Harry Ryder Denlinger is directed to cure the deficiency within seven (7) days from the date of the entry of this Order. In the event that an amended document is not filed with the deficiency cured, the document shall be deemed stricken from the record.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.