# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

SUMMIT VIEW, LLC,   Case No.: 8:19-bk-10111-MGW
                   Chapter 11
    Debtor.
_____/

JANET DENLINGER and
HARRY DENLINGER,

    Plaintiffs

vs.   Pasco County Florida, Circuit Court
      Case No.: 2018-CA-001241

SUMMIT VIEW, LLC, a Florida limited   Adversary Proceeding No.:
liability company, CITY OF DADE CITY, a   8:19-ap-00610-MGW
political subdivision of Florida, MICHAEL
SHERMAN as Dade City Community
Development Director, KEENE SERVICES,
INC., a Florida corporation, SOUTHWEST
FLORIDA WATER MANAGEMENT
DISTRICT, a political subdivision of Florida,
BRIAN ARMSTRONG as Southwest Florida
Water Management District Executive
Director, and FLORIDA DESIGN
CONSULTANTS, INC., a Florida corporation,

    Defendants
_____/

## NOTICE OF APPEARANCE OF COUNSEL FOR
## DEFENDANT FLORIDA DESIGN CONSULTANTS, INC.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the attorneys, Andy Dogali and Barbara U. Uberoi, of the

law offices of Dogali Law Group, P.A., respectfully files this Notice of Appearance as counsel of

1

record for defendant FLORIDA DESIGN CONSULTANTS, INC. and requests that copies of all briefs, motions, orders, and other papers be electronically served as follows:

**Andy Dogali, Esq.**
Dogali Law Group, P.A.
401 E. Jackson St., Ste. 1825
Tampa, FL 33602

**Primary E-mail:** buberoi@dogalilaw.com

**Secondary Emails:** lfair@dogalilaw.com, reception@dogalilaw.com

**Barbara U. Uberoi, Esq.**
Dogali Law Group, P.A.
401 E. Jackson St., Ste. 1825
Tampa, FL 33602

**Primary E-mail:** buberoi@dogalilaw.com

**Secondary Emails:** lfair@dogalilaw.com, reception@dogalilaw.com

**DOGALI LAW GROUP, P.A.**

  /s/ *Barbara U. Uberoi*
Andy Dogali, Esq.
Fla. Bar No.: 0615862
Barbara Uberoi, Esq.
Fla. Bar No.: 0145408
401 East Jackson St., Suite 1825
Tampa, FL 33602
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
Primary Email:  adogali@dogalilaw.com;
buberoi@dogalilaw.com
Secondary Emails: adogali@dogalilaw.com,
lfair@dogalilaw.com;

*Attorneys for Defendant Florida Design Consultants, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of March, 2020, I electronically filed the foregoing Notice of Appearance of Counsel for Florida Design Consultants, Inc. with the Clerk of the Court for the United States Bankruptcy Court, Central District of Florida, by using the CM/ECF system thereby serving all registered uses in this case, and on March 28, by U.S. Mail to all parties on the attached Local Rule 1007-2 matrix who do not have the + symbol next to the name.

                                                            */s/ Barbara U. Uberoi*
                                                            Barbara U. Uberoi, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:19-ap-00610-MGW<br>Middle District of Florida<br>Tampa<br>Fri Mar 27 18:02:30 EDT 2020 | City of Dade City<br>38020 Meridien Ave<br>Dade City, FL 33525-3836 | Harry R Denlinger<br>c/o Four Rivers Law Firm<br>400 N. Ashley Drive<br>Suite 1900<br>Tampa, FL 33602-4311 |
| Janet L Denlinger<br>c/o Four Rivers Law Firm<br>400 N. Ashley Drive<br>Suite 1900<br>Tampa, FL 33602-4311 | Florida Design Consultants, Inc., a Florida<br>3030 Starkey Blvd.<br>New Port Richey, FL 34655-2175 | Donald E Hemke<br>Carlton Fields, P.A.<br>P.O. Box 3239<br>Tampa, FL 33601-3239 |
| JES Properties, Inc.<br>c/o Michael C. Addison, Esq.<br>400 N. Tampa St.<br>Suite 1100<br>Tampa, FL 33602-4714 | Keene Services, LLC<br>c/o Kelley Kronenberg  Attorneys at Law<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 | Southwest Florida Water Management District<br>c/o J. Meredith Wester<br>18560 N. Dale Mabry Hwy.<br>Lutz, FL 33548-7900 |
| Summit View, LLC<br>334 East Lake Rd #172<br>Palm Harbor, FL 34685-2427 | Douglas J Weiland<br>3273 LANDMARK DRIVE<br>Clearwater, FL 33761-1909 | David Storey, Esquire<br>Florida League of Cities<br>301 S. Bronough Street<br>Tallahassee, Florida 32301-1706 |
| Martin J. Champagne, Jr., Esquire<br>Scarritt Law Group<br>1405 W. Swann Avenue<br>Tampa, Florida 33606-2532 | Thomas A. Thanas, Esquire<br>Dye, Harrison, Kirkland, Petruff, Pratt<br>1206 Manatee Avenue West<br>Bradenton, Florida 34205-7518 | Thomas P. Scarritt, Jr., Esquire<br>Scarritt Law Group<br>1405 W. Swann Avenue<br>Tampa, Florida 33606-2532 |
| Alberto F Gomez Jr.+<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>401 East Jackson Street, Suite 3100<br>Tampa, FL 33602-5228 | John J Lamoureux +<br>Carlton Fields Jorden Burt, P.A.<br>Post Office Box 3239<br>Tampa, FL 33601-3239 | Scott A. Stichter +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison Street, Suite 200<br>Tampa, FL 33602-4718 |
| J Michael Shea +<br>Shea & Associates, P.A.<br>6301 Bayshore Boulevard<br>Tampa, FL 33611-5309 | Brett T Williams +<br>Wright Fulford Moorhead & Brown, P.A.<br>505 Maitland Avenue, Suite 1000<br>Altamonte Springs, FL 32701-6306 | Joseph F Southron +<br>Four Rivers Law Firm<br>400 North Ashley Drive, Suite 2600<br>Tampa, FL 33602-4310 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | |
|---|---|
| (u)Michael G. Williamson<br>Tampa | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     1<br>Total                  22 |