**[Dodefmap]** [Adversary Order Abating Motion for Deficiencies]

ORDERED.

**Dated: March 30, 2020**

*Michael G. Williamson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                              Case No. 8:19−bk−10111−MGW
Summit View, LLC                    Chapter 11

_____Debtor*_____/

Janet L Denlinger
et al
        Plaintiff*

                                    Adv. Pro. No. 8:19−ap−00610−MGW
vs.

Summit View, LLC
et al
        _____Defendant*_____/

### ORDER ABATING CITY OF DADE CITYS MOTION TO DISMISS PLAINTIFFS JANET AND HARRY DENLINGERSTHIRD AMENDED COMPLAINT

   THIS CASE came on for consideration, without hearing, of the Motion to Dismiss Adversary Proceeding − Third Amended Complaint (the "Motion ") (Doc. No. 20 ) filed by The City of Dade City . After review, the Court determines that the Motion is deficient as follows:

   An attestation substantially in compliance with Local Rule 1001−2(e)(3)(B) was not included.

   Accordingly, it is

   **ORDERED:**

   Consideration of the Motion to Dismiss Adversary Proceeding − Third Amended Complaint is abated until the deficiency is corrected.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.