[Dntccnra] [District Notice Cancelling or Rescheduling Hearing / Conference / Trial (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:19−bk−10111−MGW |
| | Chapter 11 |
| Summit View, LLC | |
| _____Debtor*_____/ | |
| Janet L Denlinger | |
| Plaintiff* | |
| vs. | Adv. Pro. No. 8:19−ap−00610−MGW |
| Summit View, LLC | |
| _____Defendant*_____/ | |

NOTICE OF RESCHEDULED HEARING

NOTICE IS GIVEN THAT the hearing regarding Cont'd Status Conference on Emergency Motion to Compel Mediation and Request for Emergency Hearing. Unopposed Filed by John J Lamoureux on behalf of Plaintiffs Harry R Denlinger, Janet L Denlinger. (Attachments: # 1 Mailing Matrix) (Lamoureux, John) Doc #102 , originally scheduled for December 11, 2020 at 10:00 AM, has been rescheduled .

The hearing has been rescheduled and will be held on December 16, 2020 at 11:00 AM in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602.

Telephonic Appearance Requirement. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone.

For cases assigned to Judges Colton or Williamson, parties should arrange a telephonic appearance through Court Solutions (www.court−solutions.com). NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

For cases assigned to Judges Delano, Funk, Jackson, Jennemann, McEwen, or Vaughan, parties should arrange a telephonic appearance through Court Call (866−582−6878).

Avoid delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

|  |  |
|---|---|
| Dated: December 10, 2020 | FOR THE COURT<br>Sheryl L. Loesch , Clerk of Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 |

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.